| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| CENTRAL DISTRICT OF CALIFORNIA |
| Case number *(if known)* _____ Chapter **11** |
| ☐ Check if this an amended filing |

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Sunrise Logistic Group, Inc.** |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **20-8914896** |
| **4.** | **Debtor's address** | **Principal place of business**<br><br>**719 South Nogales Street**<br>**City of Industry, CA 91748**<br>Number, Street, City, State & ZIP Code<br><br>**Los Angeles**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 1

Debtor **Sunrise Logistic Group, Inc.**_____ Case number (*if known*)_____
      <sub>Name</sub>

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
**4842**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor   **Sunrise Logistic Group, Inc.**   Case number (*if known*) _____
        Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

   **Why does the property need immediate attention?** (*Check all that apply.*)
   - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
     What is the hazard? _____
   - ☐ It needs to be physically secured or protected from the weather.
   - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
   - ☐ Other _____

   **Where is the property?** _____
   Number, Street, City, State & ZIP Code

   **Is the property insured?**
   - ☐ No
   - ☐ Yes.   Insurance agency _____
              Contact name _____
              Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**
- ☐ $0 - $50,000
- ■ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **Sunrise Logistic Group, Inc.** _____ Case number (*if known*)_____
    Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 29, 2016**
              MM / DD / YYYY

**X** **/s/ Tom Zhang**                                         **Tom Zhang**
   Signature of authorized representative of debtor              Printed name

Title   **CEO/President**

**18. Signature of attorney**

**X** **/s/ Steven A. Schwaber**                       Date  **July 29, 2016**
   Signature of attorney for debtor                          MM / DD / YYYY

**Steven A. Schwaber**
Printed name

**Law Offices of Steven A. Schwaber**
Firm name

**2600 Mission Street**
**Suite 100**
**San Marino, CA 91108**
Number, Street, City, State & ZIP Code

Contact phone  **626.403.5600**      Email address  **steve@schwaberlaw.com**

**43678**
Bar number and State

**Fill in this information to identify the case:**

Debtor name: **Sunrise Logistic Group, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **July 29, 2016**    X **/s/ Tom Zhang**
Signature of individual signing on behalf of debtor

**Tom Zhang**
Printed name

**CEO/President**
Position or relationship to debtor

Official Form 202    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Sunrise Logistic Group, Inc.** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                                                                12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Allegiant Partners Incorporated**  1550 Parkside Drive  Suite 240  Walnut Creek, CA 94596 | | Various commercial trucks/trailers used in Debtor's business; not yet appraised,value is estimated. | **Contingent Unliquidated** | $54,608.00 | $18,000.00 | $36,608.00 |
| **Bank of the Ozarks**  P.O. Box 242208  Little Rock, AR 72223-2208 | | Various commercial trucks/trailers used in Debtor's business; not yet appraised,value is estimated. | **Contingent Unliquidated** | $92,246.00 | $54,000.00 | $38,246.00 |
| **BMO Harris Bank**  P.O. Box 3040  Cedar Rapids, IA 52406 | | Unsecured guaranty of secured debt incurred by Jiabao Corp. | **Contingent Unliquidated** | | | $0.00 |
| **BRE/IN Park Fletcher Dist Cntr #20**  c/o IndCor Properties, Inc.  2 North Riverside Plaza  Suite 2350  Chicago, IL 60606 | | Lease of commercial distribution space | **Contingent Unliquidated** | | | $202,558.00 |
| **De Lage Landen Fin. Services, Inc.**  1111 Old Eagle School Road  Wayne, PA 19087-1453 | | Forklift Contract Nos. 100-10031887, 100-10031806, 100-10031800. | **Contingent Unliquidated** | **Unknown** | **Unknown** | **Unknown** |

| Debtor | **Sunrise Logistic Group, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Engs Commercial Finance Co.**<br>2441 Warrenville Road<br>Suite 310<br>Lisle, IL 60532 | | **Contract #51228. Commercial truck used in Debtor's business; not yet appraised,value is estimated.** | **Unliquidated** | $76,348.00 | $30,000.00 | $46,348.00 |
| **Exchange Bank Loan Service Center**<br>P.O. Box<br>Santa Rosa, CA 95402 | | **Various commercial trucks/trailers used in Debtor's business; not yet appraised,value is estimated.** | **Contingent Unliquidated** | $61,497.00 | $36,000.00 | $25,497.00 |
| **FBM Group**<br>18835 San Jose Avenue<br>City of Industry, CA 91748 | | **Trade debt. Claim amount is estimated and subject to revision.** | **Contingent Unliquidated** | | | $358,000.00 |
| **JP Morgan Chase Bank N/A**<br>334 South Diamond Bar Boulevard<br>Diamond Bar, CA 91765 | | **Various commercial trucks/trailers used in Debtor's business; not yet appraised,value is estimated.** | **Unliquidated** | $711,812.00 | $245,000.00 | $466,812.00 |
| **Luxury Auto Leasing**<br>P.O. Box 13098<br>Reading, PA 19612-3098 | | **Various commercial trucks/trailers used in Debtor's business; not yet appraised,value is estimated.** | **Contingent Unliquidated** | $183,127.00 | $54,000.00 | $129,127.00 |
| **NMHG Financial Services, Inc.**<br>10 Riverview Drive<br>Danbury, CT 06810 | | **Leased forklifts (2)** | **Contingent Unliquidated** | | | $0.00 |
| **Royal Bank America Leasing**<br>550 Township Line Road<br>Suite 425<br>Blue Bell, PA 19422 | | **Unsecured guaranty of secured debt incurred by Jiabao Corp.** | **Contingent Unliquidated** | | | $146,018.00 |
| **Scottrade Bank Equipment Finance**<br>12800 Corporate Hill Drive<br>Saint Louis, MO 63131 | | **Various commercial trucks/trailers used in Debtor's business; not yet appraised,value is estimated.** | **Unliquidated** | $167,361.00 | $70,000.00 | $97,361.00 |

| Debtor | **Sunrise Logistic Group, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Summit Funding Group** **4680 Parkway Drive Suite 300 Mason, OH 45040** | customerservice@4sfg.com | **Lease #106032. Various commercial trucks/trailers used in Debtor's business; not yet appraised,value is estimated.** | **Unliquidated** | $52,946.00 | $36,000.00 | $16,946.00 |
| **Volvo Financial Services 7025 Albert Pick Road Suite 105 Greensboro, NC 27409** | | **Unsecured guaranty of secured debt incurred by Jiabao Corp.** | | | | $616,429.00 |
| **Wells Fargo Equipment Finance 600 South 4th Street MAC N9300-100 Minneapolis, MN 55415** | | **Various commercial trucks/trailers used in Debtor's business; not yet appraised,value is estimated.** | | $162,992.00 | $90,000.00 | $72,992.00 |

Sunrise Logistic Group, Inc.
719 South Nogales Street
City of Industry, CA 91748


Steven A. Schwaber
Law Offices of Steven A. Schwaber
2600 Mission Street
Suite 100
San Marino, CA 91108


717 Nogales, LLC
315 South Beverly Drive
Suite408
Beverly Hills, CA 90212


Allegiant Partners Incorporated
1550 Parkside Drive
Suite 240
Walnut Creek, CA 94596


Bank of the Ozarks
P.O. Box 242208
Little Rock, AR 72223-2208


BMO Harris Bank
P.O. Box 3040
Cedar Rapids, IA 52406


BMO Harris Bank
P.O. Box 3040
Cedar Rapids, IA 52406


BRE/IN Park Fletcher Dist Cntr #20
c/o IndCor Properties, Inc.
2 North Riverside Plaza
Suite 2350
Chicago, IL 60606

```
De Lage Landen Fin. Services, Inc.
1111 Old Eagle School Road
Wayne, PA 19087-1453


Engs Commercial Finance Co.
2441 Warrenville Road
Suite 310
Lisle, IL 60532


Exchange Bank
Loan Service Center
P.O. Box
Santa Rosa, CA 95402


FBM Group
18835 San Jose Avenue
City of Industry, CA 91748


Hitachi Capital Corp.
800 Connecticut Avenue
Norwalk, CT 06854


JP Morgan Chase Bank N/A
334 South Diamond Bar Boulevard
Diamond Bar, CA 91765


Luxury Auto Leasing
P.O. Box 13098
Reading, PA 19612-3098


NMHG Financial Services, Inc.
10 Riverview Drive
Danbury, CT 06810
```

```
Royal Bank America Leasing
550 Township Line Road
Suite 425
Blue Bell, PA 19422


Scottrade Bank Equipment Finance
12800 Corporate Hill Drive
Saint Louis, MO 63131


Summit Funding Group
4680 Parkway Drive
Suite 300
Mason, OH 45040


Tappan Properties LP II
1150 West 8th Street
Suite 255
Cincinnati, OH 45203


Volvo Financial Services
7025 Albert Pick Road
Suite 105
Greensboro, NC 27409


Wells Fargo Equipment Finance
600 South 4th Street
MAC N9300-100
Minneapolis, MN 55415
```

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA**

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

**Steven A. Schwaber
Law Offices of Steven A. Schwaber
2600 Mission Street
Suite 100
San Marino, CA 91108
626.403.5600 Fax: 626.403.4691 (by prior arrangement only)
43678**

steve@schwaberlaw.com

*Attorney for:* Debtor

CASE NO.:
CHAPTER: **11**
ADVERSARY NO.:
(if applicable)

In re:

**Sunrise Logistic Group, Inc.**

Debtor(s).

**ELECTRONIC FILING DECLARATION
(CORPORATION/PARTNERSHIP)**

**[LBR 1002-1(f)]**

☑ Petition, statement of affairs, schedules or lists        Date Filed:    **7/29/2016**
☐ Amendments to the petition, statement of affairs, schedules or lists    Date Filed:
☐ Other *(specify):* _____    Date Filed:

**PART I - DECLARATION OF SIGNATORY OF DEBTOR OR OTHER PARTY**

I, the undersigned, declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct printed copy of the Filed Document in such places on behalf of the Filing Party and provided the executed printed copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

Date:  **July 29, 2016**

_____
Signature (handwritten) of authorized signatory of Filing Party

**Tom Zhang**
Printed name of authorized signatory of Filing Party

**CEO/President**
Title of authorized signatory of Filing Party

**PART II - DECLARATION OF ATTORNEY FOR FILING PARTY**

I, the undersigned Attorney for the Filing Party, declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed Part 1 - *Declaration of Authorized Signatory of Debtor or Other Party of this Declaration* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct printed copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration* and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this Declaration and the Filed Document available for review upon request of the court or other parties.

Date:  **July 29, 2016**

**Steven A. Schwaber**
Printed Name of attorney for Filing Party

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                                                                                F 1002-1.DEC.ELEC.FILING.NONINDIVIDUAL

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                                                                                          **F 1002-1.DEC.ELEC.FILING.NONINDIVIDUAL**