STEVEN A. SCHWABER -- #43678
Law Offices of Steven A. Schwaber
2600 Mission Street
Suite 100
San Marino, California 91108

Telephone (626) 403-5600
Facsimile by prior arrangement only
Email: steve@schwaberlaw.com

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>SUNRISE LOGISTIC GROUP, INC.<br><br>Debtor | Case No. 2:16-bk-20178-BB<br><br>Chapter 11<br><br>APPLICATION OF DEBTOR TO EMPLOY THE LAW OFFICES OF STEVEN A. SCHWABER AS COUNSEL FOR THE ESTATE; DECLARATION OF STEVEN A. SCHWABER IN SUPPORT THEREOF<br><br>DATE: [No Hearing Set]<br>TIME:<br>CTRM: 1529<br>255 East Temple Street<br>15th Floor<br>Los Angeles, CA 90012 |

TO THE ABOVE-ENTITLED COURT AND TO ALL INTERESTED PARTIES:

SUNRISE LOGISTIC GROUP, INC., the Debtor and Debtor in Possession in the above-captioned Chapter 11 case (hereinafter "Applicant"), submits its Application for authority to employ the Law Offices of Steven A. Schwaber (the "Firm") as its general bankruptcy counsel, as follows:

///

1. Applicant filed its petition under Chapter 11 of the Bankruptcy Code on July 31, 2016.

2. Applicant requires the assistance and advice of counsel to represent it in connection with its Chapter 11 case. Such representation will include the following services:

a. Advising Applicant with respect to the rights, duties, and obligations of a Debtor and Debtor in possession under Chapter 11 of the Bankruptcy Code;

b. Advising Applicant regarding all documents required by the U.S. Trustee's office and all other matters related to compliance with those requirements;

c. Representing Applicant at all meetings and hearing(s) as the Office of the United states Trustee may require;

d. Taking appropriate action to obtain Court approval of any proposed transactions by Applicant that are not in the ordinary course of its business, including use of cash collateral, sales, leases, and borrowing, etc.;

e. Representing Applicant with respect to contested matters, including motions for relief from the automatic stay, that may be filed in this case as and if appropriate;

f. Prosecuting and/or defending third party adversary proceedings as and if appropriate;

g. Conducting strategic planning and analysis;

h. Assisting the Debtor in the investigation of its acts, conduct, assets, liabilities, and financial condition, and other matters relevant to the case;

i. Assisting the Debtor with strategic planning and analysis and participating in the formation and confirmation of a Plan of Reorganization; and

j. To act as the Debtor's general bankruptcy counsel in the performance of such other legal services as may be required and as are in the interest of the estate.

3. Applicant desires to employ The Law Offices of Steven A. Schwaber as counsel ("counsel"). The Firm's employment is to be under and pursuant to 11 U.S.C. §330.

4. The Firm is well-qualified to render the above-described services because the Firm has practiced extensively in bankruptcy, corporate reorganization and debtor/creditor matters. Mr. Schwaber will also, to the extent not precluded by actual conflicts of interest, utilize Mark J. Markus, Esq., as a part-time and/or contract attorney as required for efficient representation of the Debtor and Debtor-in-Possession. Attached hereto and incorporated herein collectively as Exhibit "1" are the professional profiles of the firm's principal, Steven A. Schwaber, and that of Mark J. Markus.

5. The Firm expects that its compensation will be based upon a combination of factors, including without limitation its customary hourly fees to clients paying at monthly intervals as those

fees are adjusted from time to time, the time and labor required, and novelty and difficulty of the questions presented, the skill required to perform the services requested, the preclusion of other employment, whether the fee is fixed or contingent, the uncertainty of funds being available for payment of legal fees through the bankruptcy estate, time limitations imposed, the experience, and the reputation and ability of the attorneys. Mr. Schwaber's current billing rate for the services to be performed in this case is $450 per hour, and Mr. Markus' current billing rate for these services is $450 per hour.

6. Mr. Schwaber received a prepetition retainer against postpetition fees and costs in this case of $52,028.00, which has been deposited into his Client Trust Account. The balance of fees and expenses earned and to be earned in this case will be paid from the assets in this case as approved by this court.

7. By way of full disclosure, Mr. Schwaber also received from Sunrise a prepetition retainer of $10,000.00 on behalf of its affiliate, Jiabao Corp., to deal with the creditors of that entity including investigating the potential filing of a bankruptcy petition by Jiabao. The funds were deposited into Mr. Schwaber's Client Trust Account and will be utilized solely for the benefit of Jiabao.

8. At present, there do not appear to be any significant cross-liabilities between Applicant and Jiabao although there is a single guarantor who has guaranteed separately some of the liabilities of both Applicant and Jiabao; this guarantor has retained separate counsel (see below). Neither Mr. Schwaber nor Applicant is aware of any actual conflicts of interest between Applicant and Jiabao that would present any issues in passing on this employment

application.

9. The firm will seek approval of its fees in accordance with the requirements of the Bankruptcy Code and Rules, and of the Office of the United States Trustee and will not receive compensation for its services other than as allowed by order of this Court.

10. Notice of this Application was served on the creditors set forth in the Debtor's list ofitstwenty largest unsecured creditors, the Debtor's secured lenders, the Office of the United States Trustee and any parties requesting special notice.

11. To the best of Applicant's knowledge, neither The Law Offices of Steven A. Schwaber nor any of its attorneys have any connection with any party in interest, its attorneys or accountants. To the best of the Applicant's knowledge neither The Law Offices of Steven A. Schwaber nor any of its attorneys represent any interest adverse to the estate, and have not acted as or represented any investment banker or other financial advisor or provider in connection with the Debtor. The Law Offices of Steven A. Schwaber's attorneys are disinterested persons under Section 101(14) of the Bankruptcy Code.

12. As noted above, counsel proposes to use, from time to time, the services of the Law Office of Mark Markus as associate counsel. Mr. Markus is representing Mr. Tom (Tao) Zhang with respect to his personal guarantees of some of both Applicant’s and Jiabao’s obligations which may include both negotiations on these guarantees and a potential chapter 7 filing by Mr. Zhang.

13. In the event that associate counsel other than Mr. Markus is used to assist counsel in any projects on this case (as opposed to one-time services such as covering a Court hearing, etc.),

Mr. Schwaber will submit such attorney's resume' and declaration of disinterestedness of such associate counsel to the Office of the United States Trustee.

14. If no objection to the employment of the Law Offices of Steven A. Schwaber is timely received, a Proposed Order approving the employment of The Law Offices of Steven A. Schwaber based on above information and attachments as stated herein will be filed together with supporting declarations.

WHEREFORE, Applicant prays that this Court authorize the employment of The Law Offices of Steven A. Schwaber effective as of the date of the filing of the petition herein, and for such other and further relief as the Court deems just and proper.

DATED: September 8, 2016

SUNRISE LOGISTIC GROUP, INC.
Debtor and Debtor In Possession

By: [See Signature Next Page]
______________________________
TOM ZHANG, President

Mr. Schwaber will submit such attorney's resume' and declaration of disinterestedness of such associate counsel to the Office of the United States Trustee.

14. If no objection to the employment of the Law Offices of Steven A. Schwaber is timely received, a Proposed Order approving the employment of The Law Offices of Steven A. Schwaber based on above information and attachments as stated herein will be filed together with supporting declarations.

WHEREFORE, Applicant prays that this Court authorize the employment of The Law Offices of Steven A. Schwaber effective as of the date of the filing of the petition herein, and for such other and further relief as the Court deems just and proper.

DATED: September 8, 2016

SUNRISE LOGISTIC GROUP, INC.
Debtor and Debtor In Possession

By: [signature]
TOM ZHANG, President

DECLARATION OF STEVEN A. SCHWABER

1. I am an attorney duly licensed to practice before the above-entitled Court, and I am the principal of the firm of the Law Offices of Steven A. Schwaber, attorneys of record for Debtor and Debtor-in-Possession herein (the "Firm"). I have personal knowledge of the facts set forth herein and could testify thereto if called upon to do so.

2. In addition, I am, and have been since 1992, a board certified bankruptcy specialist in business bankruptcy law by the American Board of Certification and I have been practicing in the Los Angeles area for over 47 years, since 1979 primarily in the bankruptcy arena. Between 1986 and 1990, I served as a Panel Trustee for the Los Angeles and Riverside (then, San Bernardino) Divisions of this Court. Any conclusions and/or opinions stated in this declaration are based on this background, experience and expertise.

3. The Firm has a substantial bankruptcy practice representing Debtor, creditors, and third-party litigants in the Bankruptcy Courts. Each attorney performing services for this Firm is duly admitted to practice in the United States Bankruptcy Court for the Central District of California, and all courts of the State of California. (True and correct copies of my professional profile and that of Mr. Markus describing our legal qualifications are attached hereto as part of Exhibit "1," and are incorporated by this reference as though fully set forth herein.)

4. Notice of this Application was served on Debtor's 20 largest unsecured creditors (if any), the Debtor's secured lender, the Office of the United States Trustee and any parties requesting

special notice. A copy of such notice is attached hereto as Exhibit 2, and is incorporated herein by reference as though fully set forth at this point.

5. The Firm's employment is to be under and pursuant to 11 U.S.C. §330.

6. I have reviewed the firm's records and inquired of other potential firm attorneys to determine disinterestedness and possible conflicts of interest, as set forth in the Declaration of Disinterestedness filed concurrently herewith. I am satisfied that I do not have any interest in the estate or the Debtor, and I am disinterested as the term is defined in Bankruptcy Code Section 101(14). To the best of my knowledge, neither the Firm nor Mr. Markus have any connections with the Debtor, the creditors, or any other party in interest, their respective attorneys and accountants, the United States Trustee and any person employed by the Office of the United States Trustee other than as set forth herein (see also Mr. Markus' Declaration of Disinterestedness attached as part of this Application). The Firm will immediately notify the U.S. Trustee and the Court if the Firm becomes aware of any adverse interest.

7. All bankruptcy attorneys associated with the Firm are familiar with the Bankruptcy Code, the Bankruptcy Rules and the requirements of the Office of the United States Trustee, and will comply with them. In the event that associate counsel is used to assist me in any projects on this case (as opposed to one-time services such as covering a Court hearing, etc.), I will submit such attorney’s resume’ and a declaration of disinterestedness to the Office of the United States Trustee.

///

8. I expect that my compensation will be based upon a combination of factors, including without limitation its customary hourly fees to clients paying at monthly intervals as those fees are adjusted from time to time, the time and labor required, and novelty and difficulty of the questions presented, the skill required to perform the services requested, the preclusion of other employment, whether the fee is fixed or contingent, the uncertainty of funds being available for payment of legal fees through the bankruptcy estate, time limitations imposed, the experience, and the reputation and ability of the attorneys. My current billing rate for the services to be performed in this case is $450 per hour, and Mr. Markus' current billing rate for these services is $450 per hour.

15. I received a prepetition retainer in this case of $60,000.00, a portion of which has been applied to the prepetition preparation for the filing of this case, including reimbursible expenses, and the filing fees therefor; the balance of the retainer has been deposited into his Client Trust Account. The balance of fees and expenses earned and to be earned in this case will be paid from the assets in this case as approved by this court.

16. By way of full disclosure, I also received from Sunrise a prepetition retainer of $10,000.00 on behalf of its affiliate, Jiabao Corp., to deal with the creditors of that entity including investigating the potential filing of a bankruptcy petition by Jiabao. The funds were deposited into my Client Trust Account and will be utilized solely for the benefit of Jiabao.

17. At present, there do not appear to be any significant cross-liabilities between Applicant and Jiabao although there is a single guarantor who has guaranteed separately some of the

liabilities of both Applicant and Jiabao; this guarantor has retained separate counsel (see below). Neither I nor Applicant is aware of any actual conflicts of interest between Applicant and Jiabao that would present any issues in passing on this employment application.

18. The firm will seek approval of its fees in accordance with the requirements of the Bankruptcy Code and Rules, and of the Office of the United States Trustee, and will not receive compensation for its services other than as allowed by order of this Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 8, 2016, at San Marino, California.

Steven A. Schwaber

Digitally signed by: Steven A. Schwaber
DN: CN = Steven A. Schwaber email = steve@schwaberlaw.com C = US O = Law Offices of Steven A. Schwaber
Date: 2016.09.13 12:33:19 -08'00'

___________________________________
STEVEN A. SCHWABER

DECLARATION OF TOM ZHANG

1. I am the President of SUNRISE LOGISTIC GROUP, INC., the Debtor in the instant bankruptcy case and the Applicant herein ("Applicant"). In that capacity I have personal knowledge of the facts set forth herein and could testify thereto if called upon to do so.

2. I filed the petition under Chapter 11 of the Bankruptcy Code in this case on May 14, 2015. I now seek to employ The Law Offices of Steven A. Schwaber as set forth in this Application.

3. To the best of my knowledge, neither The Law Offices of Steven A. Schwaber, nor any of its attorneys have any connection with any party in interest, its attorneys or accountants, other than as may be set forth in the attached declarations. To the best of my knowledge, neither The Law Offices of Steven A. Schwaber nor any of its attorneys represent any interest adverse to this estate and have not acted as or represented any investment banker or other financial advisor or provider in connection with the Debtor. Further to the best of our knowledge, the Law Offices of Steven A. Schwaber's attorneys are disinterested persons under Section 101(14) of the Bankruptcy Code.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 8, 2016 at City of Industry, California.

SUNRISE LOGISTIC GROUP, INC.

By: [See Signature Next Page]
TOM ZHANG, President

DECLARATION OF TOM ZHANG

1. I am the President of SUNRISE LOGISTIC GROUP, INC., the Debtor in the instant bankruptcy case and the Applicant herein ("Applicant"). In that capacity I have personal knowledge of the facts set forth herein and could testify thereto if called upon to do so.

2. I filed the petition under Chapter 11 of the Bankruptcy Code in this case on May 14, 2015. I now seek to employ The Law Offices of Steven A. Schwaber as set forth in this Application.

3. To the best of my knowledge, neither The Law Offices of Steven A. Schwaber, nor any of its attorneys have any connection with any party in interest, its attorneys or accountants, other than as may be set forth in the attached declarations. To the best of my knowledge, neither The Law Offices of Steven A. Schwaber nor any of its attorneys represent any interest adverse to this estate and have not acted as or represented any investment banker or other financial advisor or provider in connection with the Debtor. Further to the best of our knowledge, the Law Offices of Steven A. Schwaber's attorneys are disinterested persons under Section 101(14) of the Bankruptcy Code.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 8, 2016 at City of Industry, California.

SUNRISE LOGISTIC GROUP, INC.

By: Tom Zhang

TOM ZHANG, President

DECLARATION OF MARK J. MARKUS

1. I am an attorney duly licensed to practice before the above-entitled Court. I have personal knowledge of the facts set forth herein and could testify thereto if called upon to do so.

2. I am admitted to practice in the United States Bankruptcy Court for the Central District of California, and all courts of the State of California. I am certified by the California Bar Association as a bankruptcy specialist. My professional profile describing my legal qualifications is attached hereto as part of Exhibit "1," and are incorporated by this reference as though fully set forth herein.

3. I have reviewed my records to determine my disinterestedness and possible conflicts of interest in this case. I am satisfied that I do not have any interest in the estate or the Debtor and I am disinterested as the term is defined in Bankruptcy Code Section 101(14). To the best of my knowledge, I have no connections with the Debtor, creditors, or any other party in interest, its respective attorneys and accountants, the United States Trustee and any person employed by the Office of the United States Trustee other than as set forth in this employment application. I will immediately notify the U.S. Trustee and the Court if I become aware of any adverse interest.

4. I am not a creditor, an equity security holder, or an insider; am not and was not an investment banker for any outstanding security of the Debtor; have not been within three years before the date of the filing of the petition an investment banker; am not and was not a director, officer, or employee of the Debtor or

outstanding security of the Debtor; have not been within three years before the date of the filing of the petition an investment banker; am not and was not a director, officer, or employee of the Debtor or an investment banker; do not have an interest materially adverse to the interest of the estate or any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor or an investment banker or for any other reason. Finally, I am not in any way related to any bankruptcy judge in this district or in any other district.

5. I am familiar with the Bankruptcy Code, the Bankruptcy Rules and the requirements of the Office of the United States Trustee, and will comply with them.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 9, 2016, at Studio City, California.

MARK J. MARKUS

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Law Offices of Steven A. Schwaber, 2600 Mission Street, Suite 100, San Marino, CA 91108

A true and correct copy of the foregoing document entitled (*specify*): Application of Debtor to Employ the Law Offices of Steven A. Schwaber as Counsel for the Estate; Declarations in Support Thereof

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.** **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 09/12/2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
See attached.

☑ Service information continued on attached page

**2.** **SERVED BY UNITED STATES MAIL**:
On (*date*) 09/13/2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Sheri Bluebond
255 East Temple Street
Suite 1534
Los Angeles, CA 90012

☐ Service information continued on attached page

**3.** **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _______________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/13/2016 | Steven A. Schwaber | Steven A. Schwaber (Digitally signed by: Steven A. Schwaber DN: CN = Steven A. Schwaber email = steve@schwaberlaw.com C = US O = Law Offices of Steven A. Schwaber Date: 2016.09.13 12:34:37 -08'00') |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

# Mailing Information for Case 2:16-bk-20178-BB

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Raffi Khatchadourian** raffi@hemar-rousso.com
- **Ron Maroko** ron.maroko@usdoj.gov
- **Steven A Schwaber** schwaberlaw@sbcglobal.net, bklawr@bklaw.com
- **Richard A Solomon** richard@sgsslaw.com
- **Sara B Spaeth** sspaeth@clark-law.net, sarawik@yahoo.com
- **Wayne R Terry** wterry@hemar-rousso.com
- **United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov
- **Hatty K Yip** hatty.yip@usdoj.gov, dare.law@usdoj.gov,melanie.scott@usdoj.gov,queenie.k.ng@usdoj.gov,ron.maroko@usdoj.gov

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

## Creditor List

Click the link above to produce a complete list of **creditors** only.

## List of Creditors

Click on the link above to produce a list of **all** creditors and **all** parties in the case. User may sort in columns or raw data format.